UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CIT BANK, N.A.,

                      Plaintiff,

      -against-

PEDRO LEON ESCOBAR, ET AL.,

                      Defendants.

------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 18 2017 ★

LONG ISLAND OFFICE

ORDER
16-CV-3722 (JFB)(SIL)

JOSEPH F. BIANCO, District Judge:

On June 16, 2017, Magistrate Judge Locke issued a Report and Recommendation (the "R&R," ECF No. 27) recommending that the Court grant the motion for summary judgment (ECF No. 17) filed by plaintiff CIT Bank, N.A. ("plaintiff"); dismiss with prejudice the affirmative defenses set forth by defendant Pedro Leon Escobar ("Escobar"); deny Escobar's request for a stay of the motion; and grant plaintiff's motion for a default judgment against defendant Nassau County (the "County") (ECF No. 17). The R&R was served on Escobar on June 16, 2017 (Dkt. No. 28), and on the County on July 31, 2017 (Dkt. No. 29). The R&R instructed that any objections to the R&R be submitted within fourteen (14) days of service of the R&R, i.e., by June 30, 2017 as to Escobar, and by August 14, 2017 as to the County. (R&R 23.) The date for filing any objections has thus expired, and defendants have not filed any objection to the R&R. For the reasons set forth below, the Court adopts the thorough and well-reasoned R&R in its entirety, grants the motion for summary judgment, dismisses Escobar's affirmative defenses with prejudice, denies Escobar's request for a stay of the motion, and grants plaintiff's motion for default judgment against the County.

Where there are no objections to a report and recommendation issued by a magistrate judge, the Court may adopt the report and recommendation without *de novo* review. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."); *see also Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."); *cf.* 28 U.S.C. § 636(b)(1)(c) *and* Fed. R. Civ. P. 72(b)(3) (requiring *de novo* review after objections). However, because the failure to file timely objections is not jurisdictional, a district judge may still excuse the failure to object in a timely manner and exercise its discretion to decide the case on the merits to, for example, prevent plain error. *See Cephas v. Nash*, 328 F.3d 98, 107 (2d Cir. 2003) ("[B]ecause the waiver rule is non jurisdictional, we 'may excuse the default in the interests of justice.'" (quoting *Thomas*, 474 U.S. at 155)).

Although defendants have waived any objection to the R&R and thus *de novo* review is not required, the Court has conducted a *de novo* review of the R&R in an abundance of caution. Having conducted a review of the Complaint, the motion papers, and the applicable law, and having reviewed the R&R *de novo*, the Court adopts the findings and recommendations contained in the well-reasoned and thorough R&R in their entirety. Accordingly,

IT IS HEREBY ORDERED that plaintiff's motion for summary judgment (ECF No. 17) is granted;

IT IS FURTHER ORDERED that Escobar's affirmative defenses are dismissed with prejudice;

IT IS FURTHER ORDERED that Escobar's request for a stay of the motion (ECF No. 24) is denied;

IT IS FURTHER ORDERED that plaintiff's motion for default judgment against the County (ECF No. 17) is granted;

IT IS FURTHER ORDERED that plaintiff's motion to strike Escobar's answer and treat the answer as a limited Notice of Appearance is denied;

IT IS FURTHER ORDERED that plaintiff shall submit a proposed judgment of foreclosure and sale; and

IT IS FURTHER ORDERED that defendants serve a copy of this Order on plaintiff.

SO ORDERED.

JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated: August 18, 2017
Central Islip, NY